Form Number LR 3015-1 A (12/15)

# AMENDED CHAPTER 13 PLAN

Case No.: 16-02591

Debtor(s): JoAnn Henley  SS#: 1980  Net Monthly Earnings: $1,218
SS#: ___  Number of Dependents: ___

1. Plan Payments:
   ( X ) Debtor(s) propose to pay direct a total of $ 1,218  ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or
   ( ___ ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is 60 months, and the total debt to be paid through the plan is $73,000.

   ☐ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]
   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| ALDOR | tax | 738 | 20 |
|  |  |  |  |

   B. Total Attorney Fee: $ 3,250 ; 0 paid pre-petition; $ 1,250 to be paid at confirmation and $ 50 per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) by Trustee by Debtor | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Dovenmuehle Mtg. | 282,000 | 1,539 | 7/1/16 | n/a | n/a | n/a | n/a |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| Compass Bank | 288 | 28,842 | 28,842 | 0 | 15 Dodge Chg | 6.5 | 618 | @conf |
| Titlemax | 17 | 1,700 | 3,000 | 0 | 06 Mercedes | 9 | 54 | @conf |
| Farmers Furn | 15 | 1,164 | 1,164 | 0 | Lawn Mower | 5.75 | 34 | @conf |
| Ala Power | 52 | 5,172 | 5,172 | 0 | W/D | 7 | 116 | @conf |
| Rooms to Go | 8 | 822 | 822 | 0 | BR Suite | 6 | 37 | @conf |
| Ashley Furn | 35 | 3,443 | 3,443 | 0 | LR Suite | 6 | 78 | @conf |
| Wells Fargo | 79 | 7,833 | 7,833 | 0 | BR Suite | 6 | 166 | @conf |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Chapter 13 Plan – continuation sheet

Debtors:   JoAnn Henley        SSN: xxx-xx-1990              Case No. 16-02591

1) Debtor will continue to pay pre & post-petition utility service debt in lieu of posting a deposit under 11 USC 366 and acknowledged that 11 USC 362 will not prohibit collection of those accounts by the utility companies.
2) Holders of filed and allowed non-priority unsecured claims shall receive a pro-rata share ("POT PLAN") of approximately $7,500.00 through the distribution of the debtor's chapter 13 plan.
3) Debtor acknowledges that there may still be a balance owed on her student loans at the end of her case for which she will be responsible for paying.
4) Debtor's future tax refunds, other than any amounts exempted under applicable bankruptcy law, will be paid into the plan for distribution to creditors.

Form Number LR 3015-1 A (12/15)

IV. Special Provisions (check all applicable boxes):

- [ ] This is an original plan.
- [X] This is an amended plan replacing plan dated 6/27/16.
- [X] This plan proposes to pay unsecured creditors pro-rata%.
- [X] Other Provisions: see attached

Attorney for Debtor Name/Address/Telephone #
Kellie Avery-Tubb
Attorney at Law
2 Riverchase Office Plaza
Hoover, AL 35244

Dated: 8/5/16

Dated: _____

Signature of Debtor(s)

Telephone # (205) 403-6509